IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, AT ELKINS

**JOHNNY ALAN SCOTT, JR.,**

    **Plaintiff,**

v.                                     **CIVIL ACTION NO.: 2:23-cv-1**
                                          **HONORABLE THOMAS KLEEH**

**ANGEL MCCAULEY, INDIVIDUALLY,**

    **Defendant.**

## ORDER OF DISMISSAL

NOW COMES the Plaintiff, Johnny Alan Scott, Jr., by counsel, John Bryan, Esq. and Law Office of John H. Bryan, and the Defendant, Angel McCauley, by counsel, Keith C. Gamble and PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, hereby represent to the Court that all matters in controversy between the parties have been settled and compromised and that the parties jointly move the Court to dismiss these matters with prejudice. The Court, being advised of the premises herein and finding no objection thereto, hereby **ORDERS** that these actions are dismissed, with prejudice, with the parties to bear their own costs and attorneys' fees.

The Clerk is directed to send certified copies of this Order to all counsel of record.

*Entered this 13th day of November, 2024.*

                                                                 HONORABLE THOMAS KLEEH

Prepared By:

  */s/ Keith C. Gamble*
Keith C. Gamble, Esquire (WV State Bar No. 7971)
PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC
2414 Cranberry Square
Morgantown, WV 26508
Telephone:   (304) 225-2200
*Counsel for Defendant*

Inspected By:


 /s/  *John H. Bryan (w/ permission)*
John H. Bryan, Esquire (WV State Bar No. 10259)
Law Office of John H. Bryan
P.O. Box 366
Union, WV  24983
Telephone:    (304) 772-4999
*Counsel for Plaintiff*